Citation Nr: 1829752 
Decision Date: 07/26/18 Archive Date: 08/02/18

DOCKET NO. 13-06 163A ) DATE
 )
 )

On appeal from the decision of the 
Department of Veterans Affairs (VA) Regional Office in St. Petersburg, Florida


THE ISSUE

Entitlement to an initial rating in excess of 70 percent since July 28, 2010, for posttraumatic stress disorder (PTSD).


REPRESENTATION

Appellant represented by: The American Legion


WITNESS AT HEARING ON APPEAL

The Veteran


ATTORNEY FOR THE BOARD

J. E. Miller, Associate Counsel


INTRODUCTION

The Veteran served in the U.S. Army from October 1969 to October 1971. The Veteran served in the Republic of Vietnam.

In April 2016, the Veteran was afforded a videoconference hearing before the undersigned Veterans Law Judge. 


FINDINGS OF FACT

1. The Veteran served in the U.S. Army from October 1969 to October 1971.

2. On October 3, 2016, prior to the promulgation of a decision in the appeal, the Board received notification from the Veteran that a withdrawal of this appeal is requested.


CONCLUSION OF LAW

The criteria for withdrawal of an appeal by the Veteran have been met. 38 U.S.C. § 7105(b)(2), (d)(5) (2012); 38 C.F.R. § 20.204 (2017).


REASONS AND BASES FOR FINDINGS AND CONCLUSION

The Board may dismiss any appeal which fails to allege specific error of fact or law in the determination being appealed. 38 U.S.C. § 7105 (2012). An appeal may be withdrawn as to any or all issues involved in the appeal at any time before the Board promulgates a decision. 38 C.F.R. § 20.204 (2017). Withdrawal may be made by the appellant or by his or her authorized representative. 38 C.F.R. § 20.204. In the present case, the Veteran has withdrawn this appeal and, hence, there remain no allegations of errors of fact or law for appellate consideration. Accordingly, the Board does not have jurisdiction to review the appeal and it is dismissed.


ORDER

The appeal is dismissed.




 
VITO A. CLEMENTI
 Veterans Law Judge, Board of Veterans' Appeals




Department of Veterans Affairs